③

FILED

FEB - 3 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re | Case No. 09-91491-E-7 |
| ERICA and DAVID BURDG, | |
| Debtor. | |
| GARY FARRAR, | Adv. Pro. No. 09-9048 |
| Plaintiff, | |
| v. | |
| CARLOS OBANO et al., | REQUEST FOR POSTPONEMENT OF HEARING: |
| Defendant. | DATE: February 10, 2010 |
| | TIME: 10:30 a.m. |
| | DEPT: E |

**FINDING OF FACT AND CONCLUSIONS OF LAW**

**FINDINGS OF FACT**

1.   The Chapter 7 Trustee, Gary Farrar, filed an Application for Default Judgment Against Defendant Carlos Obando on January 4, 2010.

2.   On January 13, 2010, Carlos Obando, in Pro Se, the Defendant, filed a Request for Denial of Entry of Default Judgement,

3.   On January 15, 2010, Carlos Obando, in Pro Se, the Defendant, filed a Request for Postponement of the hearing on the Trustee's Application for Default judgment.

4.    The January 15, 2010, application is not supported by a declaration or other evidence establishing a basis for the requested continuance.  The Request for Continuance does not state any reason for the requested continuance, but merely seeks to have the hearing delayed until March 24, 2010.

## CONCLUSIONS OF LAW

5.    The Trustee has set an Application for Default Judgment pursuant to Local Rule 9014-1(f)(1), setting the hearing on the Application on at least 28-days notice.

6.    When a hearing has been properly noticed, a party requesting a continuance must provide the court with a basis for continuing the pending matter.  The basis must be more substantial than merely a desire to delay the hearing date.  It is incumbent upon the party requesting the continuance to provide an adequate basis for the court to extend a properly set hearing beyond that set forth in the applicable rules.

7.    The Request for Continuance filed by the Defendant does not provide any cause, or indication of what cause could exist, for continuing the Trustee's properly noticed hearing.

Dated: 2/2/2010

Ronald H. Sargis, Judge
United States Bankruptcy Court

2

## CERTIFICATE OF MAILING

I, Janet Larson, in the performance of my duties as assistant to the Honorable Ronald H. Sargis, mailed by ordinary mail a true copy of the attached document to each of the parties listed below:

<u>Attorney for Plaintiff</u>

Abram Feuerstein
20 N Sutter St., 4th Floor
Stockton, CA 95202

<u>Defendant</u>

David & Erica Burdg
P.O. Box 57869
Modesto, CA 95357

Carlos Obando
PO Box 57869
Modesto, CA 95357

DATE: 2/3/10

Janet Larson
Deputy Clerk

3